FILED
CLERK, U.S. DISTRICT COURT
March 4, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FISHER, an individual and representative capacity as trustee of the Stephen A. Fisher and Stephanie L. Fisher Family Trust; STEPHANIE L. FISHER, an individual and representative capacity as trustee of the Stephen A. Fisher and Stephanie L. Fisher Family Trust; O'REILLY AUTO ENTERPRISES, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>Defendants. | CASE NO. 2:19-CV-06036-SB-JEM<br><br>**JUDGMENT**<br><br>Courtroom: 6C<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Case Filed: July 12, 2019<br>Trial Date: February 23, 2021 |

The Court held a bench trial in this case on February 23, 2021 at 8:30 a.m. Plaintiff Antonio Fernandez was represented at trial by Raymond G. Ballister, Jr. Defendants Stephen A. Fisher, Stephanie L. Fisher, and O'Reilly Auto Enterprises, LLC (Defendants) were represented at trial by Peter S. Doody. The Court considered witness testimony and also considered all duly admitted evidence.

On February 24, 2021, the Court issued its Findings of Fact and Conclusions of Law, ECF No. 90.  The Court found that Plaintiff has not proven his claim under Title III of the ADA.  Therefore, the Court found in favor of Defendants and against Plaintiff.

It is hereby ordered, adjudged and decreed that Plaintiff take nothing in the above-captioned action against Defendants, that judgment shall be entered in favor of Defendants and against Plaintiff.   Defendants are the prevailing parties and shall be awarded costs of suit against Plaintiff in an amount established by the filing of a subsequent Bill of Costs.

The Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: March 4, 2021

                              Stanley Blumenfeld, Jr.
                              United States District Judge